UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cr-00046 |
| | ) | |
| BRIAN PARKS | ) | |

**MOTION TO PLACE UNDER SEAL EXHIBIT 1 TO THE UNITED STATES'
RESPONSE IN OPPOSITION TO DEFENDANT BRIAN PARKS'
SECOND MOTION FOR COMPASSIONATE RELEASE**

The United States of America moves for the Court to order to be placed under seal Exhibit 1 to the United States' Response in Opposition to Defendant Brian Parks' Second Motion for Compassionate Release because it contains personal medical information of the defendant.

Respectfully submitted,

DANIEL P. BUBAR
Acting United States Attorney

/s/ Randy Ramseyer
VSB No. 33837
Email: randy.ramseyer@usdoj.gov
Tel:    (276) 628-4161

# CERTIFICATE OF SERVICE

I certify that on September 22, 2021, I electronically filed the foregoing Motion to Place Under Seal Exhibit 1 to the United States' Response In Opposition To Defendant Brian Parks' Second Motion For Compassionate Release with the Clerk of Court via the CM/ECF system and I mailed a copy to:

Brian Parks, Reg. No. 18545-509
Butner FPC
P.O. Box 1000
Butner, NC  27509

/s/ Randy Ramseyer, VSB No. 33837